# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2021 APR 23 P 2: 02
CLERK OF COURT

(Full name of plaintiff(s))

Patricia Ross

v.

(Full name of defendant(s))

James F. Klajbor

White Kevin Thomas

Case Number:

**21-C-0522**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of **Wisconsin** and resides at
(State)

   4611 North 69 th. Street  Milwaukee 53218
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant **James F. Klajbor**
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____

(State, if known)

and (if a person) resides at _____

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for City of Milwaukee Treasurer Office 200 East Wells Street Milwaukee, Wisconsin 53202

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

James F. Klajbor on or around 12/07/2015 file a debt collection claim for real estate

ftaxes, from the Office of the City of Milwaukee Treasurer for the sum of $3,493.61.

James F. Klajbor filed the claim at Kohn Law Firm S.C..Attorney White Kevin Thomas

work for Kohn Law Firm and represented the claim at Milwaukee County Court House

On 12/07/2015 at Milwaukee County Court House at 9:21 am the judgement was

granted. I don't know why they did it. Property address 2315 West Brown St. Milw, WI 53223. On 04-28-2014. The Same defendants file a claim against me for property taxes for 3730 North 7th. Street Milwaukee, WI 53212 for the sum of 8,516.28 The Claim was granted at Milwaukee County Court house. I never received notice of Court dates.

Defendant - White Kevin Thomas
Work for - Kohn Law firm S.C.
735 North Water Street Suite 1300 Milwaukee
Wisconsin 53202

C.  **JURISDICTION**

■  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  **RELIEF WANTED**

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I am asking the court for money judgement for my lost of income of 9,000,00 per

year i lost . for every law that was broken the money that i am entitled to and with

interest. I am asking for pain and suffering damages , As a result of thier actions.

City of Milwaukee needs a better account system. Property address 2315 west Brown street. Milwaukee, Wisconsin 53223. For my property at 3730 North. 7th St. Milwaukee, WI 53212. I am asking for my lost of income of $18,000.00 a year. Pain and Suffering Fees I'm asking for $8,500.00 I paid to keep my home. For every law that was broken, I'm asking for the allowment of monies I'm asking for interest on all monies i paid to keep the properties. City of Milwaukee Treasurer Office needs a better Accounting System. This has been devastating and very stressfull.

E.  **JURY DEMAND**

I want a jury to hear my case.

☒ – YES         ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __23__ day of __April__ 20__20__.

Respectfully Submitted,

_Patricia Huss_
Signature of Plaintiff

414 881 5711
Plaintiff's Telephone Number

grovepatricia1@gmail.com
Plaintiff's Email Address

PO Box 12744 Milwaukee, Wisconsin 53212
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.