UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PATRICIA ROSS,

        Plaintiff,

v.                                                  Case No.: 21-CV-522

JAMES KLAJBOR et. al.,

        Defendants.

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Stacy J. Miller will no longer be the attorney of record in the above-caption case, and moves the Court to accept her withdrawal as counsel for the defendants, and her name may be removed from the court's e-filing distribution list.

Dated at Milwaukee, Wisconsin this 24th day of August, 2022.

                                              TEARMAN SPENCER
                                              City Attorney

                                              <u>s/Stacy J. Miller</u>
                                              STACY J. MILLER
                                              Assistant City Attorney
                                              State Bar No. 1126905
                                              *Attorneys for Defendants*

<u>ADDRESS:</u>
200 East Wells Street, Room 800
Milwaukee, WI 53202
Telephone: (414) 286-2628
Fax: (414) 286-8550
Email: <u>smiller@milwaukee.gov</u>