IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

PATRICIA ROSS,

          Plaintiff,

v.                                            Case No.: 21-CV-522

JAMES KLAJBOR et. al.,

          Defendants.

---

### CERTIFICATE OF SERVICE

---

Cynthia Reynolds herein certifies that she is employed as Lead Legal Administrative Assistant, assigned to duty in the office of the City Attorney, 200 East Wells Street, 800 City Hall, Milwaukee, WI 53202; and that on the 24th day of August, 2022, she deposited Notice Of Withdrawal Of Counsel in the United States mail at City Hall in the City of Milwaukee, Wisconsin in the above-entitled case, securely enclosed, the postage duly prepaid, via U.S. Mail addressed to:

        Patricia Ross
        3634 North 5th Street
        Milwaukee, WI 53212

        */s/ Cynthia Reynolds*
        Cynthia Reynolds