# United States District Court
## Eastern District of Wisconsin

JUDGMENT IN A CIVIL ACTION

**PATRICIA ROSS,**

        Plaintiff,

    v.                              Case No. **21-CV-522**

**JAMES F. KLAJBOR and**
**WHITE KEVIN THOMAS,**

        Defendants.

☒   **Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is hereby **DISMISSED WITH PREJUDICE** for plaintiff's failure to state a claim on which relief may be granted.

Date: September 1, 2022

                              Gina M. Colletti, Clerk of Court
                              EASTERN DISTRICT OF WISCONSIN
                              (By) Deputy Clerk, s/ Linda M. Zik

                              Approved this 1st day of September, 2022.

                              _____
                              WILLIAM E. DUFFIN
                              United States Magistrate Judge